IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 12 AM 8: 37

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ROGER L. SMITH )<br><br>Plaintiff )<br><br>v. )<br><br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA, SHARP )<br>ELECTRONICS CORPORATION, AND )<br>SHARP ELECTRONICS CORPORATION )<br>LONG TERM DISABILITY PLAN )<br><br>Defendants ) | CIVIL ACTION<br><br>FILE NO. 1:05cv2050-D/P |

## AGREED ORDER OF DISMISSAL

It appearing from the signatures of counsel that Plaintiff and Defendant, Life Insurance Company of North America ("LINA"), have compromised and settled all matters in controversy between them, by the terms of which Plaintiff's Complaint and all claims asserted or which could have been asserted therein against LINA, including any claims which could have been asserted by LINA in a counterclaim, should be fully and finally dismissed with prejudice and upon the merits, it is accordingly

ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint and all claims asserted or which could have been asserted therein against LINA, including any claims which

C CSH 323742 v1
2014412-000026 05/03/2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5 -13-05

36

could have been asserted by LINA in a counterclaim, are fully and finally dismissed with prejudice and upon the merits.

Each party shall bear its own discretionary costs and attorneys' fees.

ENTER this _11th_ day of _May_, 2005.

_____
Judge

AGREED TO AND APPROVED:

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.

By: _____
Robert Williams (TN BPR No. 008653)
165 Madison Avenue
Suite 2000
Memphis, TN 38103
(901) 526-2000

Attorneys for Defendant,
Life Insurance Company of North America

EPSTEIN ECKER & GREEN, PC

By: _____
Jon M. Gumbel (GA Bar No. 315195)
Amy J. Traub (GA Bar No. 407707)
945 East Paces Ferry Road
Resurgens Plaza - Suite 2700
Atlanta, GA 30327
(404) 923-9000
Attorneys for Defendants, Sharp Electronics
Corporation and Sharp Electronics
Corporation Long Term Disability Plan

2

C CSH 323742 v1
2014412-000026 05/03/2005

ATKINS & ASSOCIATES, LLC

By: _Pamela I. Atkins_ *with permission by Kurt*

Pamela I. Atkins, Esq.
Kurt R. Ward, Esq.
Atkins & Associates, LLC
1117 Perimeter Center West
Suite W-405
Atlanta, GA 30338
(770) 399-2790

Attorneys for Plaintiff

3

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in
case 2:05-CV-02050 was distributed by fax, mail, or direct printing on
May 13, 2005 to the parties listed.

Pamela Ilene Atkins
GALLER & ATKINS
1117 Perimeter Center West
Suite W405
Atlanta, GA 30338

Nikole Marie Crow
CARTER & ANSLEY
1180 West Peachtree Street
2300 Atlantic Center Plaza
Atlanta, GA 30309

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Kenton Jones Coppage
CARTER & ANSLEY
1180 West Peachtree Street
2300 Atlantic Center Plaza
Atlanta, GA 30309

Elizabeth Johnson Bondurant
CARTER & ANSLEY
1180 West Peachtree Street
2300 Atlantic Center Plaza
Atlanta, GA 30309

Jon Michael Gumbel
EPSTEIN BECKER & GREEN
945 East Paces Ferry Road
Resurgens Plaza Suite 2700
Atlanta, GA 30326--138

Amy J. Traub
EPSTEIN BECKER & GREEN
250 Park Avenue
New York, NY 10177--121

Robert M. Williams
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kurt Russell Ward
GALLER & ATKINS
1117 Perimeter Center West
Suite W405
Atlanta, GA 30338

Amy J. Traub
EPSTEIN BECKER & GREEN
945 East Paces Ferry Road
Resurgens Plaza Suite 2700
Atlanta, GA 30326--138

Honorable Bernice Donald
US DISTRICT COURT